JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JIMMIE STEPHEN, | ) | Case No. 2:20-cv-09552-RGK-JC |
| Petitioner, | ) | (PROPOSED) |
| v. | ) | JUDGMENT |
| G. MATTESON, et al., | ) | |
| Respondents | ) | |

Pursuant to this Court's Order Dismissing Petition for Writ of Habeas Corpus in Part [etc.], IT IS ADJUDGED that the Petition for Writ of Habeas Corpus filed in this action is dismissed without prejudice to the extent it challenges the judgment in Los Angeles County Superior Court Case No. A714077.

IT IS SO ADJUDGED.

DATED: _November 13, 2020_

_____
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE